UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:   Henry L Arthur, Jr.                                 Case No. 15-20421-DER
                                                             Chapter 7

**********************************
Henry L Arthur, Jr., Debtor

vs.

COASTAL CREDIT, L.L.C., Movant
            Respondent(s)

## RESPONSE TO MOTION FOR REDEMPTION
## 2008 DODGE DURANGO VIN: 1D8HB48N38F133088

Comes now, COASTAL CREDIT, L.L.C. ("Respondent") Movant herein, by Kyle J. Moulding, Esq., its attorney and respectfully represents:

1. The allegations of paragraph 1 are denied.

2. The allegations of paragraph 2 are denied. Specifically, the attached quote cites the style of the Dodge Durango as the SXT when in fact the model of the vehicle is the more valuable SLT model.

3. The allegations of paragraph 3 are admitted.

4. Respondent is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 4.

WHEREFORE, the Movant prays this Honorable Court to issue an Order

1. Denying the Motion to Redeem

2. For such other and further relief as the Court deems appropriate.

/s/  Kyle J. Moulding, Esq. (kmg 3-31-17)
Kyle J. Moulding, Esq.
Attorney for Movant

17-600851

                                      Bar No. 30148  
                                      312 Marshall Avenue, Suite 800  
                                      Laurel, MD 20707  
                                      301-490-1196  
                                      bankruptcymd@mwc-law.com  

## CERTIFICATE OF SERVICE

    I hereby certify that copies of the foregoing were sent electronically via the CM/ECF system on June 23, 2017 to James R. Logan, Esq., Attorney for Debtor, jamesrloganpa@gmail.com and Nancy L. Spencer Grigsby, Chapter 13 Trustee, grigsbyecf@ch13md.com.

                                      /s/Kyle J. Moulding, Esq.

17-600851